UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD GRAVES, <br><br> Plaintiff, <br><br> -against- <br><br> THE UNITED STATES GOVERNMENT, *et al.*, <br><br> Defendants. | 21-CV-3006 (CM) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued June 3, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 3, 2021
       New York, New York

_____
COLLEEN McMAHON
United States District Judge